# IN THE SUPREME COURT OF THE STATE OF NEVADA

PERCY LAVAE BACON,
Petitioner,
vs.
THE HONORABLE JENNIFER P.
TOGLIATTI, DISTRICT JUDGE,
Respondent.

No. 67062

FILED

SEP 3 0 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a pro se original petition for a writ of mandamus seeking an order compelling the district court to conduct "Luckett hearings" related to several pleadings he has attempted to file in district court. Having considered the petition, we conclude that this court's intervention is not warranted. Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc: Percy Lavae Bacon
Attorney General/Carson City
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

16-30585